IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| KRAMER, STEPHANIE | ) | CASE NO. 05-08922-ERW |
| | ) | |
| Debtor(s) | ) | Hon. EUGENE R. WEDOFF |
| | ) | BANKRUPTCY JUDGE |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held
    At:     United States Bankruptcy Court
            219 South Dearborn Street, Courtroom 744
            Chicago, IL 60604
    On: **November 6, 2007**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:
    Receipts                                                                     $134,130.21
    Disbursements                                                                      $0.00
    Net Cash Available for Distribution                                           $134,130.21

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| ANDREW J. MAXWELL, Trustee | $0.00 | $5,945.76 | $0.00 |
| MAXWELL & POTTS, LLC, Atty/Trustee | $0.00 | $18,563.00 | $235.86 |
| POPOWCER KATTEN, LTD, Acct/Trustee | $0.00 | $920.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: none
6. Allowed priority claims are: none
7. Claims of general unsecured creditors totaling $15,504.66 have been allowed. The general unsecured dividend is anticipated to be 100% plus 3.2400% interest from the filing date of the case through October 31, 2007. Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Resurgence Financial, LLC | $15,504.66 | $16,831.42 |
| Surplus to Debtor | KRAMER, STEPHANIE | $91,634.17 | $91,634.17 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.
9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.
10. Debtor has been discharged.
11. The Trustee proposes to abandon all property of the estate not specifically administered, as listed on Form 1 attached as a part of the Trustee's Final Report, including but not limited to the following property at the hearing:

| Name of Property | |
|---|---|
| CHECKING ACCT | $2.00 |
| 1995 CHEVROLET CORSICA | $200.00 |

Dated: **October 3, 2007**                    For the Court,
                                        By:  **KENNETH S. GARDNER**
                                             Kenneth S. Gardner
                                             Clerk of the U.S. Bankruptcy Court
                                             219 S. Dearborn Street; 7th Floor
                                             Chicago, IL 60604

Trustee:    Andrew J. Maxwell
Address:    105 W. Adams
            Suite 3200
            Chicago, IL  60603
Phone No.:  (312) 368-1138

**SERVICE LIST**
**STEPHANIE KRAMER**
**05 B 08922**

Andrew J. Maxwell
Maxwell & Potts, LLC
105 West Adams Street, Suite 3200
Chicago, IL  60603

Lois West
Popowcer Katten, Ltd.
35 East Wacker Drive, Suite 1550
Chicago, IL  60601-2207