IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| KRAMER, STEPHANIE | ) | CASE NO. 05-08922-ERW |
| | ) | |
| Debtor(s) | ) | Hon. EUGENE R. WEDOFF |
| | ) | BANKRUPTCY JUDGE |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held
    At:   United States Bankruptcy Court
          219 South Dearborn Street, Courtroom 744
          Chicago, IL 60604
    On: **November 6, 2007**         Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:
    Receipts                                            $134,130.21
    Disbursements                                            $0.00
    Net Cash Available for Distribution                 $134,130.21

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| ANDREW J. MAXWELL, Trustee | $0.00 | $5,945.76 | $0.00 |
| MAXWELL & POTTS, LLC, Atty/Trustee | $0.00 | $18,563.00 | $235.86 |
| POPOWCER KATTEN, LTD, Acct/Trustee | $0.00 | $920.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: none
6. Allowed priority claims are: none
7. Claims of general unsecured creditors totaling $15,504.66 have been allowed. The general unsecured dividend is anticipated to be 100% plus 3.2400% interest from the filing date of the case through October 31, 2007. Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Resurgence Financial, LLC | $15,504.66 | $16,831.42 |
| Surplus to Debtor | KRAMER, STEPHANIE | $91,634.17 | $91,634.17 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.
9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.
10. Debtor has been discharged.
11. The Trustee proposes to abandon all property of the estate not specifically administered, as listed on Form 1 attached as a part of the Trustee's Final Report, including but not limited to the following property at the hearing:

| Name of Property | |
|---|---|
| CHECKING ACCT | $2.00 |
| 1995 CHEVROLET CORSICA | $200.00 |

Dated: **October 3, 2007**                         For the Court,
                                           By:   **KENNETH S. GARDNER**
                                                  Kenneth S. Gardner
                                                  Clerk of the U.S. Bankruptcy Court
                                                  219 S. Dearborn Street; 7th Floor
                                                  Chicago, IL 60604

| | |
|---|---|
| Trustee: | Andrew J. Maxwell |
| Address: | 105 W. Adams |
| | Suite 3200 |
| | Chicago, IL  60603 |
| Phone No.: | (312) 368-1138 |

**SERVICE LIST**
**STEPHANIE KRAMER**
**05 B 08922**

Andrew J. Maxwell
Maxwell & Potts, LLC
105 West Adams Street, Suite 3200
Chicago, IL  60603

Lois West
Popowcer Katten, Ltd.
35 East Wacker Drive, Suite 1550
Chicago, IL  60601-2207

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1          Date Rcvd: Oct 03, 2007
Case: 05-08922                Form ID: pdf002          Total Served: 20

The following entities were served by first class mail on Oct 05, 2007.
 db          +Stephanie Kramer,    10232 Hyacinth Drive,    Orland Park, IL 60462-3048
 aty         +Jaclyn H. Smith,    Maxwell & Potts LLC,    105 W. Adams Street,    Suite 3200,
               Chicago, IL 60603-6209
 aty         +Nella E Mariani,    Law Offices of Nella E. Mariani, P.C.,     221 N Lasalle Street Suite 2017,
               Chicago, IL 60601-1415
 tr          +Andrew J Maxwell, ESQ,    Maxwell & Potts, LLC,    105 West Adams Street,    Suite 3200,
               Chicago, IL 60603-6209
9038033      +A T & T Universal,    NCO Financial Services,    P.O. Box 41457,    Philadelphia, PA 19101-1457
9038034       AT & T Universal Card,    Card Service Center,    P.O. Box 142319,    Irving, TX 75014-2319
9038037      +Bank One,    VCS,    7500 Office Ridge Circle,    Eden Prairie, MN 55344-3782
9038036       Bank of America,    c/o Sunrise Credit,    2175 Jackson Ave.,    Seaford, NY 11783
9038038       Capital One,    P.O. Box 60000,    Seattle, WA 98190-6000
9038039       Chase Manhattan,    c/o Solomon & Solomon,    Bix 15019,    Albany, NY 12212
9038040      +Discover,    Baker, Miller, Markoff, et al,    25 N. Wacker Drive, 5th Floor,
               Chicago, IL 60606-2800
9038041      +Home Depot,    c/o Academy Collection Service, INc,    10965 Decatur Road,
               Philadelphia, PA 19154-3210
9038042      +JP Morgan Chase,    PO Box 659409,    San Antonio, TX 78265-9409
9038043      +Providian,    c/o Arrow Financial,    5996 W. Touhy Ave.,    Niles, IL 60714-4610
9038044      +Prudential Fiancial,    Bankcard Services,    P.O. Box 15137,    Wilmington, DE 19886-5137
9619284      +Resurgence Financial, LLC,    4100 Commercial Avenue,    Northbrook, IL 60062-1833
9038045      +Resurgence, Assignee of First USA,    c/o Kaplan & Chaet, LLC,    5215 Old Orchard Road, Suite 300,
               Skokie, IL 60077-1020
9038046       Sears Card,    Citi Cards,    P.O. Box 182532,    Columbus, OH 43218-2532
9038048      +Walmart,    P.O. Box 530927,    Atlanta, GA 30353-0927
9038047      +Walmart,    Law Office Wolpoff & Abrahasmon,    702 King Farm Road,    Rockville, MD 20850-5775

The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9038035*     +AT & T Universal Card,    Card Service Center,    P.O. Box 142319,    Irving, TX 75014-2319
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 05, 2007**                    **Signature:** _Joseph Speetjens_