IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| KRAMER, STEPHANIE | ) | CASE NO. 05-08922-ERW |
| | ) | |
| Debtor(s) | ) | Hon. EUGENE R. WEDOFF |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

## ORDER ALLOWING ATTORNEY COMPENSATION AND EXPENSES

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final requests for the allowance of fees and expenses are allowed as follows:

Attorney for the Trustee
a.   Compensation                              $18,563.00
b.   Expenses                                  ~~$235.86~~ $199.11
     TOTAL                                     ~~$18,798.86~~
                                               $18,762.11

IT IS FURTHER ORDERED that the trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court. Any interim allowance of fees and costs is hereby confirmed as final.

DATED this _____ day of _____, 2007.

ENTERED:

# ENTERED

NOV   6 2007

EUGENE R. WEDOFF
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| KRAMER, STEPHANIE | ) | CASE NO. 05-08922-ERW |
| | ) | |
| Debtor(s) | ) | Hon. EUGENE R. WEDOFF |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

## ORDER AWARDING TRUSTEE COMPENSATION AND FOR OTHER RELIEF

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised;

IT IS HEREBY ORDERED that the Trustee's final requests for the allowance of fees is allowed as follows:

1. Trustee's compensation                                              $5,945.76

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court. Any interim allowance of fees and costs is hereby confirmed as final.

FURTHER, IT IS HEREBY ORDERED that the Trustee is authorized to, and by the entry hereof does, abandon the following property:

CHECKING ACCT                                                          $2.00
1995 CHEVROLET CORSICA                                                 $200.00

FURTHER, IT IS HEREBY ORDERED that Trustee is authorized to destroy Debtor's records now in the possession of the Trustee.

DATED this _____ day of _____, 2007.

ENTERED

ENTERED:    NOV  6 2007

EUGENE R. WEDOFF
BANKRUPTCY JUDGE

_____
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| KRAMER, STEPHANIE | ) | CASE NO. 05-08922-ERW |
| | ) | |
| Debtor(s) | ) | Hon. EUGENE R. WEDOFF |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

## ORDER ALLOWING ACCOUNTANT COMPENSATION

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final requests for the allowance of fees is as follows:

    Accountant for the Trustee
    a.    Compensation                                                                       $920.00

IT IS FURTHER ORDERED that the trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court. Any interim allowance of fees and costs is hereby confirmed as final.

    DATED this _____ day of _____, 2007.

ENTERED:

**ENTERED**

NOV 6 2007

EUGENE R. WEDOFF
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY JUDGE